

# Fourth Court of Appeals
## San Antonio, Texas

May 11, 2022

No. 04-22-00102-CV

**IN THE INTEREST OF X.H. AND A.B.M.,** Children

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2021PA00042
Honorable Kimberly Burley, Judge Presiding

# O R D E R

Appellant's brief was due on April 29, 2022. However, Appellant has filed her brief and a motion for an extension of time to file her brief. Appellant's motion is GRANTED.

Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of May, 2022.

MICHAEL A. CRUZ, Clerk of Court